JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United African-Asian Abilities Club, et al., | Case No. 2:24-cv-04850-RGK-JCx |
|---|---|
| Plaintiff(s), | |
| vs. | **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |
| North Summit Company, LLC, | |
| Defendant(s). | |

On September 24, 2024, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [10] ("OSC"), which ordered plaintiff to file proof of timely service of the summons and complaint on sole defendant North Summit Compay, LLC.  On September 25, 2024, plaintiff filed a response to the OSC in the form of a Proof of Service [11].  The deadline to serve the Summons and Complaint in this action was September 6, 2024.  Service upon defendant was initiated on September 12, 2024. No requests for an extension of time were timely neither made by plaintiff nor ordered by the Court.  The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 9/26/2024

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE